IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



CHRISTOPHER GREGORY,

    Plaintiff,

v.                                 Civil Action No. 3:14CV806

KEN STOLLE, et al.,

    Defendants.

**MEMORANDUM OPINION**

    Christopher Gregory, a Virginia inmate proceeding pro se and in forma pauperis, filed this 42 U.S.C. § 1983 action. In order to state a viable claim under 42 U.S.C. § 1983, a plaintiff must allege that a person acting under color of state law deprived him or her of a constitutional right or of a right conferred by a law of the United States. See Dowe v. Total Action Against Poverty in Roanoke Valley, 145 F.3d 653, 658 (4th Cir. 1998) (citing 42 U.S.C. § 1983). In his current Complaint, Gregory does not provide each defendant with fair notice of the facts and legal basis upon which his liability rests. Accordingly, by Memorandum Order entered on August 3, 2015, the Court directed Gregory to submit a particularized complaint within fourteen (14) days of the date of entry thereof. The Court warned Gregory that the failure to submit the particularized complaint would result in the dismissal of the action.

More than fourteen (14) days have elapsed since the entry of the August 3, 2015 Memorandum Order. Gregory failed to submit a particularized complaint or otherwise respond to the August 3, 2015 Memorandum Order. Accordingly, the action will be dismissed without prejudice.

The Clerk is directed to send a copy of this Memorandum Opinion to Gregory.

It is so ORDERED.

Date: August 25, 2015
Richmond, Virginia

/s/ REP
Robert E. Payne
Senior United States District Judge